**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-1341**

———————

CEFERINA GAYO HESS,

Plaintiff - Appellant,

versus

LANDER UNIVERSITY; DANIEL W. BALL, President;
ROBIN R. AGNEW, The Board of Trustees; ANN B.
BOWEN, The Board of Trustees; BOBBY M. BOWERS,
The Board of Trustees; C. TYRONE GILMORE, The
Board of Trustees; FINIS E. HORNE, The Board
of Trustees; MAURICE HOLLOWAY, The Board of
Trustees; RAYMOND D. HUNT, The Board of
Trustees; J. THOMAS KINARD, The Board of
Trustees; GLENN J. LAWHON, JR., The Board of
Trustees; MAMMIE W. NICHOLSON, The Board of
Trustees; ANTHONY NOURY, The Board of
Trustees; SALLY E. SELF, The Board of
Trustees; GEORGE R. STARNES, The Board of
Trustees; FRED THRAILKILL, The Board of
Trustees; S. ANNE WALKER, The Board of
Trustees; RICCI LAND, The Board of Trustees;
M. CRAIG WHITE, The Board of Trustees; SUSAN
C. GOING; LARRY A. JACKSON; WILLIAM T. MARTIN;
TIMOTHY L. SNYDER; ARON G. TANNENBAUM;
FRIEDERIKE WIEDEMANN,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  G. Ross Anderson, Jr., District
Judge.  (8:04-cv-01474-GRA)

———————

Submitted: October 17, 2006        Decided: October 19, 2006

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam.

Ceferina Gayo Hess, Appellant Pro Se.  Vance J. Bettis, GIGNILLIAT, SAVITZ & BETTIS, Columbia, South Carolina, for Appellees.

PER CURIAM:

Ceferina Gayo Hess appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Hess' civil action concerning her discharge from Lander University. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Hess v. Lander Univ.</u>, No. 8:04-cv-01474-GRA (D.S.C. Feb. 17, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>